# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA DAWN WINTERS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO: 3:24-cv-254 |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LUMA HEALTH, INC., | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiff, Linda Dawn Winters, in the above-captioned matter.

Respectfully submitted,

**WEISBERG CUMMINGS,** P.C.

October 30, 2024
Date

*/s/ Derrek W. Cummings*
Derrek W. Cummings (PA 83286)
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)
dcummings@weisbergcummings.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      **WEISBERG CUMMINGS P.C.**

October 30, 2024　　　　　　　　　　　　*/s/ Derrek W. Cummings*
Date　　　　　　　　　　　　　　　　　Derrek W. Cummings, Esquire